UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNICA SCARBOROUGH, <br><br> Plaintiff, <br><br> v. <br><br> ABM INDUSTRY GROUPS LLC, et al., <br><br> Defendants. | No. 1:22-cv-00397-DAD-SKO <br><br> ORDER SUBMITTING ACTION TO ARBITRATION PURSUANT TO THE PARTIES' STIPULATION AND STAYING THIS ACTION <br><br> (Doc. No. 3) |

On July 14, 2022, the parties in this action filed a stipulation notifying the court that they have agreed to submit this matter to binding and final arbitration pursuant to the parties' Arbitration Agreement, a copy of which the parties attached to their stipulation. (Doc. No. 3.)

Pursuant to that stipulation, and good cause appearing, the court orders as follows:

1. This action shall be submitted to final and binding arbitration conducted pursuant to the parties' Arbitration Agreement;

2. This action shall be stayed pending arbitration, and all dates currently on calendar are vacated; and

/////

/////

/////

/////

1

3. The parties are required to notify the court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision.

IT IS SO ORDERED.

Dated: **July 20, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE