UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNICA SCARBOROUGH,<br><br>Plaintiff,<br><br>v.<br><br>ABM INDUSTRY GROUPS LLC, et al.,<br><br>Defendants. | No. 1:22-cv-00397-ADA-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 11) |

On June 22, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 11.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __June 23, 2023__             /s/ *Sheila K. Oberto*
                          UNITED STATES MAGISTRATE JUDGE